STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Paula E. Miles
Assistant Attorney General
P. O. Box 1710
Alexandria LA 71309-1710

Laurel Irene White
Asst. Attorney General
P. O. Box 1710
Alexandria LA 71309

REHEARING ACTION: May 16, 2012

Docket Number: 11   01553-CA

BARBARA J. SHORTER
VERSUS
MISTY L. AKINS, ET AL.

Appealed from Rapides Parish Case No. 237,805

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Misty L. Akins, et al** has this day been

DENIED.

cc: Howell D. Jones, IV, Counsel for the Appellant
    Thomas Benjamin Moyse Wahlder, Counsel for the Appellant